IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CAITLIN WALSH, on behalf of herself and )
others similarly situated, )
                                     )     Case No. 1:23-cv- 14380
         Plaintiffs, )
                                       )     Honorable Virginia M. Kendall
v. )
                                       )
DANIA INCORPORATED, )
                                       )
         Defendant. )

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Caitlin Walsh, and Defendant, Dania, Incorporated, by and through their respective undersigned counsel, submit to the court that they have privately settled this matter. The parties hereby stipulate that: (1) this civil action is hereby dismissed with prejudice and (2) each party shall bear its own attorneys' fees, costs, and expenses. The parties therefore dismiss this case with prejudice, except that the court shall retain jurisdiction over this matter for one month to ensure compliance with the terms of the parties' settlement.

CAITLIN WALSH, BY COUNSEL

/Yaakov Saks/
Yaakov Saks, Esq.
ysaks@steinsakslegal.com
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: (201) 282-6500 ext. 101
Fax: (201) 282-6501

DANIA INCORPORATED, BY COUNSEL

/Andrew P. Connors/
Andrew P. Connors, Esq. (VA Bar No. 80248)
Jacob P. East, Esq. (VA Bar No. 96959)
*Admitted Pro Hac Vice*
Darkhorse Law PLLC
119 Tradewynd Drive, Suite B
Lynchburg, Virginia 24502
P: 800-279-4292
F: 540-301-6460
andrew@darkhorse.law
jacob@darkhorse.law

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served the foregoing on the following counsel of record who are CM/ECF participants:

Yaakov Saks, Esq.
Stein Saks PLLC
One University Plaza
Suite 620
Hackensack, NJ 07601
Phone: 201-292-0093 ext. 101
Fax: 201-282-6501
ysaks@steinsakslegal.com

*Counsel for Plaintiff Caitlin Walsh*

/Andrew P. Connors/
Andrew P. Connors, Esq. (VA Bar No. 80248)
*Admitted Pro Hac Vice*
Darkhorse Law PLLC
Phone: 800-279-4292
Fax: 540-301-6460

*Counsel for Defendant Dania Incorporated*